## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

Joy Orie,

                  Plaintiff,

     v.

National Action Financial Services, Inc.; and
DOES 1-10, inclusive,

                  Defendant.

Civil Action No.:  2:10-cv-00371-GLL

### STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against National Action Financial Services, Inc. with prejudice and without costs to any party.

Joy Orie

  /s/ Jody B. Burton

Jody B. Burton, Esq.
Bar No.: 71681
LEMBERG & ASSOCIATES
1100 Summer Street, 3rd Floor
Stamford, CT  06905
(203) 653-2250
Attorney for Plaintiff

SO ORDERED
DATED:  10 - 6 - 10

National Action Financial Services, Inc.

  Patrick M. Connelly

Patrick M. Connelly
Summers, McDonnell, Walsh & Skeel
707 Grant Street
Gulf Tower, Suite 2400
Pittsburgh, PA 15219
(412) 261-3232
Attorney for Defendant